# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GWENDA J. JERNIGEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-07-437-SPS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## OPINION AND ORDER REGARDING PLAINTIFF'S
## MOTION FOR ATTORNEY'S FEES UNDER THE EAJA

The parties have advised the Court they are in agreement that the Court's order denying the Plaintiff's Application for Attorney's Fees Under the Equal Access to Justice Act [Docket No. 38] should be vacated and that the Plaintiff's attorney should be awarded attorney's fees in the stipulated amount of $6,958.00 under the Equal Access to Justice Act (the "EAJA"), 28 U.S.C. § 2412. The Plaintiff's Motion to Vacate the Court's Order Dated July 7, 2009 [Docket No. 39] is hereby GRANTED, and said order is hereby VACATED.

Upon review of the record herein, the Court finds that the stipulated amount of $6,958.00 is reasonable and that the Commissioner should be ordered to pay it to the Plaintiff as the prevailing party herein under the EAJA. *See* 28 U.S.C. § 2412(d)(1)(A) ("Except as otherwise specifically provided by statute, a court shall award to a prevailing party . . . fees and other expenses . . . incurred by that party in any civil action [.]"). *See also Manning v. Astrue*, 510 F.3d 1246, 1249-50 (10th Cir. 2007), *cert. denied*, __ U.S. __, 77 USLW 3020 (2008). Accordingly, the Plaintiff's Application for Attorney's Fees Under the Equal Access

to Justice Act [Docket No. 25] is hereby GRANTED, and the Plaintiff is awarded attorney's fees under the EAJA in the stipulated amount of $6,958.00. If the Plaintiff's attorney is subsequently awarded any fees pursuant to 42 U.S.C. § 406(b)(1), said attorney shall refund the smaller amount of any such fees to the Plaintiff pursuant to *Weakley v. Bowen,* 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED** this 20th day of July, 2009.

_____
**STEVEN P. SHREDER
UNITED STATES MAGISTRATE JUDGE**